UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

ILAYDA OZSAN ,

    Plaintiff(s),

vs.                                                             Case No.:  8:20-CV-01284-CEH-JSS

RAINTREE VILLAGE CONDOMINIUM NO. 13 ASSOCIATION, INC. ,

    Defendant(s)
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Ilayda Ozsan, by and through its undersigned attorney, and the Defendant, Raintree Village Condominium No. 13 Association, Inc., by and through its undersigned attorney, hereby represent to this Honorable Court that an amicable settlement of all matters and things in dispute between the parties hereto has been made, and it is stipulated and agreed by and between the parties that the above cause shall be dismissed, with prejudice, with all parties to this agreement bearing their own fees and costs.

| Dated: 8/11/21 | Dated: 8/11/21 |
|---|---|
| *(signature)* Marcy I. LaHart, Esquire | /s/ Christopher J. Blain Christopher J. Blain, Esquire |
| FBN:0967009 | FBN: 0671711 |
| 207 SE Tuscawilla Road | Vernis & Bowling of the Gulf Coast, P.A. |
| Micanopy , FL  32667 | 2203 N. Lois Avenue, Ste. 711 |
| Telephone: (352) 545-7001 | Tampa, FL  33607 |
| Attorney for the Plaintiff | Telephone: (813) 712-1700 |
| Ilayda Ozsan | Facsimile:  (813) 712-1701 |
| | Attorney(s) for Defendant: |